# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 21-00231JVS(ADSx) |
| Date | July 20, 2022 |
| Title | Rena Balmes v Kohl's Inc |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **July 22, 2022**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  Dismissal and/or Settlement Documents

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including notifying the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case as required by the mediator on April 11, 2022. Plaintiff has never notified the courtroom deputy clerk of the settlement and has ignored numerous email communications with the courtroom deputy clerk to file the documents regarding the final disposition of the cse.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | lmb |