JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA BALMES,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 TO 15,<br><br>    Defendants.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>    Third Party Plaintiff,<br><br>    v.<br><br>B-K TUSTIN COURTYARD, LLC; and ROES 1 TO 20, inclusive,<br><br>    Third Party Defendants. | Case No. 8:21-cv-00231-JVS-ADS<br>*Action Filed:  08/23/2021*<br><br>The Hon. James V Selna<br>Crtrm. 10C<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Based on the Stipulation of counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 21, 2022

_____
Hon. James V. Selna
United States District Court Judge